## Commonwealth *v.* Timbers, Appellant.

Submitted March 19, 1973. *Austin J. McGreal,* and *Stahl & McGreal,* for appellant; *Linda West Conley, James T. Ranney* and *Milton M. Stein,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Trerotola, Appellant.

Submitted March 22, 1973. *John W. Packel* and *Jonathan Miller,* Assistant Defenders, and *Vincent J. Ziccardi,* Defender, for appellant; *James T. Ranney* and *Milton M. Stein,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.